IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02972-WYD-BNB

DONNA COLE, individually and on behalf of Park Paralegal, Inc.,
and LONA TINDLE,

Plaintiffs,

v.

THOMAS COMCOWICH

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Unopposed-Motion to Attend Scheduling Conference Via Telephone** [docket no. 9, filed May 19, 2010] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED. and plaintiffs' counsel may attend Scheduling Conference via telephone.

DATED:  May 19, 2010